

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR COMANCHE COUNTY, OKLAHOMA

| | |
|---|---|
| Ed Owens,       Plaintiff, v. Boehringer Ingelheim Pharmaceuticals, Inc.,       Defendant. | **No. CJ-2020-302** **(Civil relief more than $10,000: INDEBTEDNESS)**  Filed: 07/27/2020   Judge: Meaders, Scott D. |

## PARTIES

Boehringer Ingelheim Pharmaceuticals Inc, Defendant
Owens,  Ed, Plaintiff

## ATTORNEYS

**Attorney**
DELLUOMO,  DANIEL  M (Bar #11810)
6812 N ROBINSON
OKLAHOMA CITY, OK 73116

**Represented Parties**
Owens,   Ed

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, November 10, 2021 at 10:00 AM    DISPOSITION HEARING DOCKET | | Scott D. Meaders | |
| Tuesday, December 14, 2021 at 10:30 AM    MOTION TO LEAVE ON THE DOCKET | | Scott D. Meaders | |

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: INDEBTEDNESS (INDEBT)
           Filed By: Owens, Ed
           Filed Date: 07/27/2020

|  | **Party Name** | **Disposition Information** |
|---|---|---|
|  |  | Pending. |

## DOCKET

EXHIBIT 6

| Date | Code | Description |
|---|---|---|
| 07-27-2020 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. |
| 07-27-2020 | [ INDEBT ] | INDEBTEDNESS |
| 07-27-2020 | [ DMFE ] | DISPUTE MEDIATION FEE |
| 07-27-2020 | [ PFE1 ] | PETITION<br>Document Available at Court Clerk's Office |
| 07-27-2020 | [ PFE7 ] | LAW LIBRARY FEE |
| 07-27-2020 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND |
| 07-27-2020 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND |
| 07-27-2020 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES |
| 07-27-2020 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |
| 07-27-2020 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |
| 07-27-2020 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION |
| 07-27-2020 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES |
| 07-27-2020 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS |
| 07-27-2020 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS |
| 07-27-2020 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |
| 07-27-2020 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE |
| 07-27-2020 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS |
| 07-27-2020 | [ LTF ] | LENGTHY TRIAL FUND |
| 07-27-2020 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MEADERS, SCOTT D. TO THIS CASE. |

EXHIBIT 6

**07-27-2020**  [ **ACCOUNT** ]

RECEIPT # 2020-711962 ON 07/27/2020.
PAYOR: DANIEL DELLUOMO TOTAL AMOUNT PAID: $ 100.00.
LINE ITEMS:
CJ-2020-302: $100.00 ON AC01 CLERK FEES.

**07-27-2020**  [ **ADJUST** ]

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**07-27-2020**  [ **ACCOUNT** ]

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2020-302: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2020-302: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2020-302: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2020-302: AC79 OCIS REVOLVING FUND -$0.63
CJ-2020-302: AC67 DISTRICT COURT REVOLVING FUND -$0.07
CJ-2020-302: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2020-302: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2020-302: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2020-302: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13
CJ-2020-302: AC31 COURT CLERK REVOLVING FUND -$0.05
CJ-2020-302: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2020-302: AC01 CLERK FEES -$1.54

**07-27-2020**  [ **ACCOUNT** ]

RECEIPT # 2020-711963 ON 07/27/2020.
PAYOR: DELLUOMO/ DANIEL M TOTAL AMOUNT PAID: $ 142.14.
LINE ITEMS:
CJ-2020-302: $61.46 ON AC01 CLERK FEES.
CJ-2020-302: $3.56 ON AC09 CARD ALLOCATIONS.
CJ-2020-302: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2020-302: $1.61 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2020-302: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2020-302: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2020-302: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2020-302: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2020-302: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2020-302: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2020-302: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2020-302: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2020-302: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**11-12-2020**  [ **SMF** ]

SUMMONS FEE

**11-12-2020**  [ **ACCOUNT** ]

RECEIPT # 2020-720214 ON 11/12/2020.
PAYOR: MONTY DELLUOMO TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2020-302: $10.00 ON AC01 CLERK FEES.

**10-21-2021**  [ **NODD** ]

NOTICE OF DISPOSITION DOCKET
TO: DANIEL M. DELLUOMO
SET 11-10-2021 @ 10:00AM
Document Available at Court Clerk's Office

# EXHIBIT 6

Case 5:21-cv-01157-J   Document 1-6   Filed 12/08/21   Page 4 of 4

**11-09-2021**  [ **SMF** ]

SUMMONS FEE
TO: BOEHRINGER INGELHEIM PHARMACEUTICALS INC

**11-09-2021**  [ **MO** ]

MOTION TO LEAVE ON THE DOCKET / BY PLAINTIFF
SET 12-14-2021 @ 10:30AM
Document Available at Court Clerk's Office

**11-09-2021**  [ **ADJUST** ]

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**11-09-2021**  [ **ACCOUNT** ]

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING
AMOUNTS:
CJ-2020-302: AC01 CLERK FEES -$0.25

**11-09-2021**  [ **ACCOUNT** ]

RECEIPT # 2021-748668 ON 11/09/2021.
PAYOR: DELLUOMO/DANIEL M TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2020-302: $9.75 ON AC01 CLERK FEES.
CJ-2020-302: $0.25 ON AC09 CARD ALLOCATIONS.

**11-10-2021**  [ **O** ]

COURT ORDER / JUDGE MEADERS
RE: CASE TO REMAIN ACTIVE
Document Available at Court Clerk's Office

**EXHIBIT 6**